IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DB2017 LLC, | § | |
|     PLAINTIFF, | § | |
| | § | |
| v. | § | CIVIL CASE NO. 18-CV-1741-N-BK |
| | § | |
| BANK OF AMERICA, NA, CHARLES E. REYNOLDS, | § | |
|     DEFENDANTS. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Plaintiff's *Motion to Remand* is **DENIED**, Defendant BOA's *Motion to Dismiss* is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

SIGNED this 23rd day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE